IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ALVARADO, | No. C 06-02190 WHA |
| Petitioner, | |
| v. | **ORDER DISMISSING ACTION** |
| JAMES E. TILTON, Acting Secretary, California Department of Corrections and Rehabilitation, | |
| Respondent. | |

In this habeas action, the Court ordered the parties to show cause, by noon, Friday, August 18, 2006, why the petition should not be dismissed, in light of the fact that all claims are unexhausted. Respondent James E. Tilton filed an answer asserting that the petition must be dismissed. Petitioner Eric Alvarado did not file an answer. *Raspberry v. Garcia*, 448 F.3d 1150, 1154 (9th Cir. 2006), and *Jiminez v. Rice*, 276 F.3d 478, 481 (9th Cir. 2001), require dismissal of the petition because it contains only unexhausted claims. The petition therefore is **DISMISSED**. **THE CLERK SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: August 21, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE